OSCAR C. SEEBASS, Respondent, v. CALVIN T. GRAVES, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

COMMISSIONER OF PUBLIC WELFARE on the Complaint of GLADYS DELANEY, Appellant, v. JAMES AUSTEN, Respondent.— Order of the Court of Special Sessions, City of New York, Borough of Brooklyn, adjudging that the respondent is not the father of complainant's child, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

SALLY KERMAN, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Defendant, and YETTA KERMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

THE J. A. MAHLSTEDT LUMBER AND COAL COMPANY, Appellant, Respondent, v. K. T. K. HOLDING CORPORATION, Respondent, Appellant, Impleaded with NATIONAL SURETY COMPANY, Respondent, and PINTO & LA SALA, INC., Defendant. (Consolidated Appeals.) — Judgment in so far as appealed from reversed on the law and the facts, with costs, and judgment directed for the plaintiff as demanded in the complaint for the amount of $16,444.79, with interest from the 15th day of August, 1929, with costs. Appeal by defendant K. T. K. Holding Corporation from the order denying its motion for costs and extra allowance dismissed, without costs. The findings that the subcontractor, Pinto & La Sala, Inc., was overpaid at the time plaintiff's lien was filed are not supported by the evidence. Such findings and the corresponding conclusions of law are reversed and new findings and appropriate conclusions of law will be made. Upon the evidence defendant K. T. K. Holding Corporation was indebted to the subcontractor, Pinto & La Sala, Inc., in excess of the amount of plaintiff's lien and the plaintiff is entitled to judgment as demanded in the complaint. Young, Kapper, Hagarty, Carswell and Tompkins, JJ., concur. Settle order on notice.

EVANTHIA MANOS, Respondent, v. JOHN R. VAN WYCK, JR., Appellant.— Order of the County Court of Rockland county granting summary judgment and judgment entered thereon reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that issues of fact for trial are presented by the record. Appeal from order denying motion for reargument dismissed. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

KATE A. MCNAMARA, Respondent, v. LOUIS PERRINE and Others, Defendants, Impleaded with LAWRENCE PARISH, Appellant.— Order granting plaintiff's motion for judgment on the pleadings reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. There is an issue as to whether the time of payment of accrued taxes was waived by plaintiff and the time of payment extended. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.